McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. S-02-519 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING BRIEFING SCHEDULE |
| v. | ) | AND SENTENCING HEARING DATE |
| | ) | |
| ESEQUIEL QUESADA GARCIA, | ) | |
| | ) | Date: February 27, 2006 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Court: Hon. Frank C. Damrell |
| _____ | ) | |

   Whereas, both parties desire to continue the presently set briefing schedule and the February 27, 2006, hearing date on the effect of <u>United States v. Ameline</u>, 409 F.3d 1073, 1084-85 (9th Cir. 2005) (<u>en</u> <u>banc</u>) on defendant Esequiel Quesada Garcia's sentence to allow Garcia additional time to file his opening submission, and to adjust the deadline for the United States so that the deadline does not interfere with the undersigned prosecutor's anticipated trial work in another case,

   It is hereby stipulated and agreed by the parties, through their respective attorneys, and subject to the approval of the Court that:

1

1. The previously set briefing schedule dates are hereby vacated;

2. Garcia's opening submission shall be due on January 10, 2006;

3. The United States' response shall be due by February 21, 2006;

3. Garcia's response shall be due by March 6, 2006; and

4. The non-evidentiary sentencing hearing on the effect of <u>United States v. Ameline</u>, <u>supra</u>, on Garcia's sentence shall be continued from February 27, 2006, to March 20, 2006. In the event that the Court determines that an evidentiary hearing is necessary, an evidentiary hearing for a later date shall be set at that hearing.

Dated: January 9, 2006

McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
_____
SAMUEL WONG
Assistant U.S. Attorney

Dated: January 9, 2006

/s/ Dwight Samuel
_____
DWIGHT SAMUEL
Attorney for defendant
Esequiel Quesada Garcia

///
///
///
///
///
///

2

ORDER

The Court having received, read, and considered the above stipulation of the parties, and good cause appearing therefrom,

The Court hereby adopts the stipulation of the parties in its entirety as its order.

It is so ORDERED.

Dated: January 12, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge