1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   ESEQUIEL QUESADA-GARCIA
5

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )
                                    )   No. CR. S 02-519 FCD
11         Plaintiff,               )
                                    )   ORDER
12 v.                               )
                                    )
13 ESEQUIEL QUESADA-GARCIA,         )
                                    )
14         Defendant.               )
                                    )
15 _____  )

16
       The Court, after reviewing the defendant's motion and the declaration of Dwight M.
17
   Samuel, orders that defendant may file the Notice of Appeal no later than May 1, 2006.
18

19 Dated: April 26, 2006         /s/ Frank C. Damrell Jr.
                                 Frank C. Damrell Jr.,
20                               U.S. District Court Judge

21

22

23

24

25

26

27

28