IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

ESQEQUIEL QUESADA-GARCIA,

    Movant.

No. CR S-02-0519 FCD DAD P

ORDER

On March 15, 2010, the court filed an order to show cause requiring respondent to file an answer to movant's § 2255 motion to vacate, set aside, or correct his sentence, and to show cause why the answer was not timely filed pursuant to the court's January 11, 2010 order. On March 30, 2010, respondent filed an answer and a response to the order to show cause.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The March 15, 2010 order to show cause is discharged; and

2. Movant's traverse, if any, shall be filed within thirty days from the service of this order.

DATED: April 9, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ques0519.disch

1