IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                         No. CR S-02-0519 FCD DAD P

    vs.

ESQEQUIEL QUESADA-GARCIA,

    Movant.                          <u>ORDER</u>

_____/

        Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Respondent filed a response to the motion on May 18, 2009, and an answer on March 30, 2010. On May 6, 2010, the court granted movant's motion for an extension of time to file his reply to respondent's answer. On May 12, 2010, movant filed a document styled, "Traverse To Government's Opposition To Petitioner's Motion for Relief Pursuant To 28 U.S.C. § 2255." Before the court is movant's motion to file a supplemental reply and a request for an extension of time to file the supplemental reply on or before June 9, 2010. Movant contends that his legal research is incomplete and that he is attempting to obtain copies of the cases cited by respondent in its answer.

/////

/////

1

In the interest of justice, IT IS ORDERED that:

1. Movant's May 12, 2010 motion (Doc. No. 192) to file a supplemental reply is granted;

2. Movant's May 12, 2010 motion (Doc. No. 193) for an extension of time to file that supplemental reply is granted; and

3. On or before June 9, 2010, movant shall file his supplemental reply to respondent's answer.

DATED: May 17, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ques0519.eot.supreply