HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ESEQUIEL QUESADA-GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESEQUIEL QUESADA-GARCIA,<br><br>Defendant. | No.  Cr. S 02-519 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable KIMBERLY J. MUELLER |

Defendant, ESEQUIEL QUESADA-GARCIA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On June 7, 2004 this Court sentenced Mr. Quesada-Garcia to a term of 121 months as to Counts 1 and 2, to run concurrently to each other, and 60 months as to Count 3, to run consecutively to the term on Counts 1 and 2, for a total term of 181 months  imprisonment;

3.      His total offense level as to Counts 1 and 2 was 32, his criminal history category was I, and the resulting guideline range was 121 to 151 months;

4. The sentencing range applicable to Mr. Quesada-Garcia was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Quesada-Garcia's total offense level as to Counts 1 and 2 has been reduced from 32 to 30, and his amended guideline range is 120 to 121 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Quesada-Garcia's term of imprisonment to a term of 120 months as to Counts 1 and 2, to run concurrently to each other, and 60 months as to Count 3, to run consecutively to the term on Counts 1 and 2, for a total term of 180 months imprisonment.

Respectfully submitted,

Dated:  May 15, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   May 15, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
ESEQUIEL QUESADA-GARCIA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Quesada-Garcia is entitled to the benefit Amendment 782, which reduces the total offense level from 32 to 30, resulting in an amended guideline range of 120 to 121 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2004 is reduced to a term of 120 months as to Counts 1 and 2, to run concurrently to each other, and 60 months as to Count 3, to run consecutively to the term on Counts 1 and 2, for a total term of 180 months imprisonment.

1       IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence effective November 1, 2015, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

      Unless otherwise ordered, Mr. Quesada-Garcia shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   May 19, 2015.

UNITED STATES DISTRICT JUDGE