AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:02-cr-00519-KJM-EFB   Document 226   Filed 06/09/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:02CR00519-02 |
| ESEQUIEL QUESADA-GARCIA ) | USM No: 14065-097 |
| Date of Original Judgment: 6/7/2004 ) | |
| Date of Previous Amended Judgment: ) | David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     181     months **is reduced to**     180 months     .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     06/18/2004     shall remain in effect.
**IT IS SO ORDERED.**

Order Date:     06/08/2015

_____
UNITED STATES DISTRICT JUDGE

Effective Date:     11/01/2015         District Judge Kimberly J. Mueller
*(if different from order date)*         *Printed name and title*