1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EZEQUIEL QUESADA GARCIA,                    No.  2:02-cr-0519 KJM DAD

12                  Movant,

13          v.                                   ORDER

14   UNITED STATES OF AMERICA,

15                  Respondent.

16

17          Movant, a federal prisoner proceeding pro se, has filed a motion pursuant to Fed. R. Civ.

18   P. 60(b)(4) and (6) to set aside this court's March 19, 2012 order denying his § 2255 motion to

19   vacate, set aside, or correct his sentence.  This motion is identical to a motion filed by petitioner

20   on January 9, 2014 (ECF No. 220).  That motion was denied by order filed February 14, 2014

21   (ECF No. 221).  The present motion will be denied for the reasons set forth in the court's

22   February 14, 2014 order and as duplicative of the prior motion, which has already been denied.

23          Movant has also filed a request for a copy (ECF No. 228).  The request is characterized as

24   a request for a copy of a transcript in this proceedings, but also refers to a specific document

25   number, ECF No. 226, which is the amended judgment filed in this action on June 9, 2015,

26   following entry of the stipulation and order to reduce movant's sentence.  Good cause appearing,

27   the Clerk of the Court will be directed to send movant a copy of the Amended Judgment entered

28   in this action on June 9, 2015 (ECF No. 226).

                                                  1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Movant's July 27, 2015 motion (ECF No. 227) is denied; and

2. The Clerk of the Court is directed to send movant a copy of the Amended Judgment entered in this action on June 9, 2015 (ECF No. 226).

DATED:  July 14, 2015.

_____
UNITED STATES DISTRICT JUDGE

2