UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:02-cr-519-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| EZEQUIEL QUESADA GARCIA, | |
| Defendant. | |

On July 29, 2016, defendant filed a motion with this court entitled "Motion for Reduction of Time Pursuant to Title 18 U.S.C. Section 924(e)(2)(B)(ii) in light of *Johnson*." ECF No. 230. The court now orders the Government, not later than 30 days following the date of this order, to respond in writing to defendant's motion. Defendant's reply, if any, is due on or before thirty days from the date the government files its response.

So ordered.

DATED: October 24, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE